**FILED**

**Dec 07, 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ETRACOM LLC, and MICHAEL ROSENBERG,<br><br>    Defendant. | No. 2:16-cv-01945-SB<br><br>**ORDER SETTING BRIEFING SCHEDULE AND STAYING PETITIONER'S MOTION TO AFFIRM** |

    A telephonic scheduling conference was held in this matter on December 5, 2016. Petitioners were represented by Catherine Collins, Daniel Lloyd, John Matson, and Katherine Walsh. Respondents were represented by Derek Foran, Matthew Connolly, Paul Varnado, and Robert Fleishman. This Order memorializes the Court's oral ruling.

    The parties dispute the scope of review and the applicable procedural rules in this matter. The Court ordered simultaneous briefing regarding the scope of the Court's de novo review pursuant to the Federal Power Act. The Court further stayed Petitioner's pending Motion to Affirm Civil Penalties, ECF No. 17, until the Court determines the scope of review and proceedings.

//

**ORDER SETTING BRIEFING SCHEDULE AND STAYING PETITIONER'S MOTION TO AFFIRM** + 1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties shall file simultaneous briefing regarding the scope of review under the Federal Power Act no later than **January 23, 2017**. Any response shall be due by **February 3, 2017**.

2. Petitioner's Motion to Affirm Civil Penalties, ECF No. 17, is **STAYED** pending resolution of procedural matters.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of December, 2016.

_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING BRIEFING SCHEDULE AND STAYING PETITIONER'S MOTION TO AFFIRM** + 2