# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ETRACOM LLC; and MICHAEL ROSENBERG,<br><br>　　　　Respondents. | No. 2:16-cv-01945-SB<br><br>**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION ON SEALING REQUEST PROCEDURES** |

Before the Court is Respondents' Unopposed Motion on Sealing Request Procedures, ECF No. 28. Respondents seek an Order approving their proposed sealing request procedures in order to facilitate fact discovery in this matter. The Court finds good cause to **grant** the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Respondents' Unopposed Motion on Sealing Request Procedures, ECF No. 28, is **GRANTED**.

2. The following procedures on sealing requests shall govern this action:

(a) Scope of this Order. The parties have separately agreed to procedures for designating and handling confidential information during the discovery process, and anticipate doing the same with third parties. The stipulated procedures set

**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION ON SEALING REQUEST PROCEDURES** + 1

forth in this Order address requests to file documents (or portions thereof) under seal.

(b) General. As set forth in Local Rule 141, no document may be filed under seal except by court order. Any sealing request must be narrowly tailored to seek sealing only of material that satisfies applicable legal standards. Per Local Rule 141(e)(2)(i), documents approved by the court for filing under seal must be submitted by email to ApprovedSealed@caed.uscourts.gov.

(c) Courtesy Copies to Chambers. A party seeking to file documents (or portions thereof) under seal must provide a courtesy copy of both the redacted and the unredacted versions of the documents to the Court by email to bastianorders@waed.uscourts.gov.

(d) Requests for sealing of materials that the submitting party contends warrant non-public status. Per Local Rule 141, a party seeking to file documents (or portions thereof) under seal that the filing party has designated as confidential must submit a "Notice of Request to Seal Documents," a "Request to Seal Documents," a proposed order, and all documents covered by the request.

(e) Requests for sealing of materials that a different party (or third party) contends warrant non-public status. If a party seeks to file under seal materials designated as confidential by an opposing party or a third party (the "Designating Entity"), the submitting party must file a "Notice of Request to Seal Documents Designated as Confidential By [Designating Entity]," a "Request to Seal Documents Designated as Confidential By [Designating Entity]," and all documents covered by the request. Both the redacted and the unredacted versions of the documents shall be labelled "CONTAINS MATERIAL DESIGNATED AS CONFIDENTIAL BY [Designating Entity]." The filing must be served on the Designating Entity on the day it is filed. Within seven days thereafter, the Designating Entity must file a request under Rule 141 to seal the pertinent material.

**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION ON SEALING REQUEST PROCEDURES** + 2

(f) Public Filing of Redacted Copies. A party must file publicly a redacted version of any documents for which sealing is sought. The redacted version shall prominently include the following legend on the first page: "REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED" or "REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED BY [DESIGNATING ENTITY]."

(g) Efforts to Minimize Requests for Sealing. The parties agree that, when they expect to make a filing that includes material that another party (or a third party) has designated as confidential, they will make good faith efforts, to the extent practicable, to consult with the Designating Entity to minimize or eliminate the sealing request.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 14th day of June, 2017.

*/s/ Stanley A. Bastian*
_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION ON SEALING REQUEST PROCEDURES** + 3