UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>ETRACOM LLC and MICHAEL ROSENBERG,<br><br>Respondents. | NO. 2:16-cv-01945-SB<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY** |

Before the Court is the parties' Joint Motion to Stay Discovery and Set New Discovery Deadlines in Light of Pending Mediation, ECF No. 31. The parties have engaged a private mediator and request a stay of discovery and extension of discovery deadlines. The Court finds good cause to **grant** the motions.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO STAY** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Stay Discovery and Set New Discovery Deadlines in Light of Pending Mediation, ECF No. 31, is **GRANTED**.

2. This case is **STAYED** pending mediation. Following mediation, the parties shall notify the Court of its outcome.

3. If mediation is successful, the parties will make appropriate filings with the Court in light of the need for the Federal Energy Regulatory Commission's approval of any proposed settlement. If mediation is not successful the stay of discovery will be lifted upon notification to the Court. Discovery will resume and the deadlines for fact and expert discovery shall be extended by sixty days.

4. The stay does not apply to ongoing document production from third parties based on previously served subpoenas.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 13th day of February 2018.

*/s/ Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO STAY** + 2