# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ETRACOM LLC and MICHAEL ROSENBERG,<br><br>　　　　Respondents. | NO. 2:16-cv-01945-SB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 34. The parties stipulate and request the Court dismiss this action with prejudice and without costs or fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court accepts the stipulation, enters it into the record, and dismisses this action with prejudice.

//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** + 1

**Accordingly, IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 34, is **accepted** and **entered** into the record.

2. This action is **DISMISSED with prejudice** and without costs or fees to any party.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. All scheduled hearings and trial dates, if any, are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 4th day of June 2018.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** + 2